UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADRIAN MARTELE DUNNING,

    Defendant.
_____/

Hon. Janet T. Neff

Case No. 1:15-cr-00215-JTN-1

## **ORDER OF DETENTION**

Defendant appeared before the undersigned judicial officer on December 17, 2015, with appointed counsel for an arraignment, initial pretrial conference, and detention hearing on the indictment, charging him with distribution of cocaine base, felon in possession of a firearm, and felon in possession of ammunition, in violation of 21 U.S.C. § 841(a)(1), and 841(b)(1)( C) and 18 U.S.C. § § § 922(g)(1), and 921(a) and 924(e). Defendant is in federal custody on a Writ of Habeas Corpus ad Prosequendum from the Michigan Department of Corrections. Upon advice of counsel, defendant waived his right to a detention hearing, reserving the right to a hearing at a later date, should the circumstances relating to his state matter change.

Accordingly, **IT IS HEREBY ORDERED** that defendant be remanded to the custody of the United States Attorney General pending further proceedings in this case.

    IT IS SO ORDERED.

Date: December 17, 2015	/s/ Phillip J. Green
　　　　　　　　　　　　　　　　　　　　　　　PHILLIP J. GREEN
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge